IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MARY R. REEL,

    Plaintiff,

v.

                              Civil Action No. 5:08CV28
                                    (STAMP)

BAYER CORPORATION and
BAYER HEALTHCARE PHARMACEUTICALS,

    Defendants.

**ORDER STAYING ALL PROCEEDINGS**
**PENDING TRANSFER DECISION BY**
**THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

On January 29, 2008, the plaintiff and the defendants in the above-styled civil action filed a joint motion to stay all proceedings pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPMDL"). In their motion, the parties inform this Court that both the plaintiff and the defendants have moved for multidistrict litigation ("MDL") treatment and that a hearing before the JPMDL was scheduled for January 30, 2008. The parties request a stay for thirty days until after the JPMDL issues a ruling.

In their motion before this Court, the parties observe that, absent a stay, proceeding with the case before this Court may unnecessarily expend judicial resources and risk inconsistent rulings if MDL designation is granted. Further, the parties state that the stay they have requested will not unduly delay or burden preparations for trial because no trial date has been set. This Court agrees. Accordingly, the parties' motion should be and

hereby is GRANTED, and all proceedings are STAYED in this matter until thirty (30) days after a ruling by the Judicial Panel on Multidistrict Litigation on multidistrict litigation treatment of this case.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    February 4, 2008

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE